FILED ENTERED
LODGED RECEIVED

DEC 03 2004 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Courts Copy

04-CV-02418-CMP

**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**at Seattle**

| | |
|---|---|
| Senoja V. Madison-HaMim | ) **COMPLAINT** |
| Plaintiff in pro se | ) **Intentional Discrimination in** |
| | ) **Employment Retaliation** |
| | ) **Hostile Work Environment** |
| **VS** | ) **Wrongful Discharge** |
| | ) **Breach of Contract** |
| | ) **Breach of implied contract** |
| Time Life Libraries; Inc.;Time Life, Time Life | ) Title VII of the Civil Rights |
| Music, Books and Video AOL/Time Warner; Time | ) Act of 1964 and 1991 as Amended |
| Inc.; Patty Morgan; Susan Street; Brock Musgrave; | ) Age Discrimination ,The Americans |
| Stephanie Rosenthall; David Birmingham; Robie | ) With Disabilities Act Discrimination |
| Sokolowski; Jason Sunderland; Joel Hanson; | ) Corruption, Fraud, Perjury, |
| Floyd Gossett; Santina Pado; Sherry Pelletier, Keith | ) Improper Influence, Tampering |
| Berlin, Lisa Harold, Tracy DuVall, The American | ) with Evidence, |
| Arbitration Association;.William K. Slater, II; | ) Conspiracy to Interfere with Civil |
| Mills, Meyers and Swartling; Pillsbury Winthrop, | ) Rights |
| LLP; Davis, Grimm, Payne, Marra and Berry, Cora | ) Aiding and Abetting Civil Conspiracy |
| Sorenson, Court Reporter; and Elizabeth Lalik, Esq. | ) Violation of Sarbanes-Oxley |

**"NIGGER, NIGGER, GET BACK ON THE PHONE, NIGGER!"**

COME NOW Senoja V. Madison-HaMim (Plaintiff Petitioner) with cause of action to correct Illegal acts abundantly heaped up on her person during her employ as a permanent full time Fully benefited employee of Time Life Libraries, Inc. then located at 1100 Olive Way, Ste 320 Seattle, Washington, when the above racial slurs were inflicted up on her person while she was at

her cubicle by Patty Morgan a Caucasian co-worker, a manager Susan Street joined with the Co-worker and her boyfriend another co-worker and conspired to conceal this atrocity. Later, Stephanie Rosenthal, Lisa Harold, made ill offensive remarks and racial innuendos, Robie Sokolowski, Joel Hanson, Keith Berlin, Dave Birmingham, Jason Sunderland, Brock Musgrave, Sherry Pelletier and Floyd Gossett joined in the conspiracy to violate my civil rights and breached an employment contract involving an arbitration clause by life threats with a pistol, pay cuts, adjusting scores, using offensive and inflammatory terms like liar, whore and pedophile under the orchestration of the corporate attorney, Elizabeth Lalik, Esq. And engineered by Santina Pado, and carried out by Sherry Pelletier.

Enlisting the help of the American Arbitration Association and their corporate co-counsel Davis, Grimm, Payne, Marra and Berry and their short hand stenographer, Cora Sorenson AOL/Time Warner, Time Life, Time Life, Time Life Music Books and Videos, engaged in illegal corrupt activities, tampering with my deposition transcript and tape, committing and sculpting perjuries from witnesses, firing witness who would not agree to commit perjury and denying subpoenas to any witness who would hurt their collaborated defense efforts. Bringing it to the attention of the CEO of The American Arbitration Association after having provided evidence and fore warning the Arbitrator of these criminal acts in a civil case Mr. William K. Slater, II had every opportunity to prevent this deliberate and intention violation of the plaintiffs rights and each and every defendant showed a reckless indifference to my rights Under Title VII of the Civil Rights Act of 1964 and 1991 as amended Title 42 USC Section 1986; 1981(c)(1);1981a(b)2; 1981a(b)39d);1983; 1985; 2000(e);2000(c)7; 2000(c) 16b(b)(c 2000(c) 16(a) and (c; 200(c)2. Which entitles plaintiff to relief under 1981(4)(c(1)(2) as a matter of law.

All defendants equally culpable and jointly liable severally and collectively.

**VENUE AND JURISDICTION**

The United States District Court has absolute jurisdiction in The Western District of Washington due to diversity of citizenship for AOL/Time Warner and companies under their umbrella in 2001, in New York and Virginia, William K. Slater, II also a New York resident, The American Arbitration Association , Fresno, California, Pillsbury Winthrop, McClean, Va. Washington Defendants cannot escape Jurisdiction due to the amount in controversy exceeds $75,000.

**PRAYER FOR RELIEF**

The above captioned Plaintiff Petitioner prays the courts grant compensatory damages in the amount of One Million Two Hundred Thousand dollars ($1,200,000.00) for front and back pay, deprivation of medical and dental benefits, punitive damages for egregious outrage, extreme emotional distress and defamation of character that has effected her ability to obtain meaningful employment in treatment facilities for youth which entitles her to relief. Plaintiff also request stiff fines imposed on corporate actors and jail time for individuals acting on behalf of and in concert with corporate actors. The Plaintiff reserves the right to add charges and defendants as located as discovery in this action is ongoing to include motions for transfer and severance (in part) for criminal proceedings in a civil matter.

I affirm that I am over 18 years old , a citizen of King County Washington an I am competent

To testify to all the facts stated herein.

I RESIDE @
4621 S. 189th ST
Seattle WA 98188

Signed_______________

Senoja V. Madison-HaMim Dated this 3rd day of December, 2004 3:17 AM

MADISSV479C6

Signed_______________Notary Public

My commission expires 12-30-07

DIRK VAN LONDEN
COMMISSION EXPIRES
NOTARY
PUBLIC
12-30-07
STATE OF WASHINGTON