UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SENOJA V. MADISON-HAMIM,

    Plaintiff,

    v.

TIME LIFE LIBRARIES, INC., *et al.*,

    Defendants.

Case No. C04-2418L

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT

    On May 4, 2005, plaintiff Senoja Madison-HaMim filed a motion for default. See Motion for Entry of Default by the U.S. Clerk (Dkt. #16). Plaintiff seeks entry of default against all seventeen individual defendants except Elizabeth Lalik and William K. Slater III (the "individual defendants").

    Default may be entered against "any party against whom a judgment for affirmative relief is sought but who has failed to plead or otherwise to defend." Local Rule 55(a). The applicable Local Rule requires that the moving party submit an affidavit which "shall specifically show that the defaulting party was served in a manner authorized by Fed.R.Civ.P. 4." Id. Plaintiff has not provided proof that service was effected on the individual defendants in a manner authorized by Federal Rule of Civil Procedure 4. Instead, plaintiff mailed a copy of the summons and complaint to the individual defendants in care of Pillsbury Winthrop, LLP, Elizabeth Lalik, Esq.

ORDER DENYING MOTION FOR DEFAULT - 1

Ms. Lalik has not entered a notice of appearance in this matter on behalf of any of the defendants, and plaintiff has presented no evidence that she is authorized to accept service on their behalf. Because plaintiff has not properly served the individual defendants, default is not appropriate, and plaintiff's Motion for Entry of Default (Dkt. #16) is DENIED.

The Clerk is directed to send copies of this Order to all parties of record.

DATED this 6th day of May, 2005.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR DEFAULT - 2