UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENOJA V. MADISON-HAMIM,<br><br>    Plaintiff,<br><br>    v.<br><br>TIME LIFE LIBRARIES, INC., *et al.*,<br><br>    Defendants. | Case No. C04-2418L<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENFORCEMENT OF CRIMINAL CONTEMPT CHARGES AND OBSTRUCTING OF JUSTICE |

On May 18, 2005, plaintiff filed a "Motion for Enforcement of Criminal Contempt Charges and Obstructing of Justice." (Dkt. #22). Plaintiff alleges that defendants Elizabeth Lalik, Esq. and Time Warner, Inc. are concealing evidence and thwarting her efforts to serve them. Plaintiff, however, has presented no admissible evidence to support those serious allegations.

Accordingly, plaintiff's Motion for Enforcement of Criminal Contempt Charges and Obstructing of Justice is DENIED (Dkt. #22). To the extent that plaintiff's motion could be construed as relating to defendants' pending motions to dismiss and for sanctions, the Court will

ORDER DENYING MOTION FOR
ENFORCEMENT OF CRIMINAL CONTEMPT
CHARGES AND OBSTRUCTING OF JUSTICE - 1

1  also consider it when ruling on those motions.

3       DATED this 10th day of June, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
ENFORCEMENT OF CRIMINAL CONTEMPT
CHARGES AND OBSTRUCTING OF JUSTICE - 2