UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SENOJA V. MADISON-HAMIM,

    Plaintiff,

    v.

TIME LIFE LIBRARIES, INC., *et al.*,

    Defendants.

Case No. C04-2418L

ORDER DENYING PLAINTIFF'S EX PARTE MOTION

On June 8, 2005, plaintiff filed a "Motion in Ex Parte to Subpoena Witnesses and for Production of Documents for Oral Argument." (Dkt. #28). Plaintiff seeks an order compelling a court reporter and an arbitrator to present certain documents during oral argument on defendants' motion for sanctions. However, the Court will consider the motion for sanctions without oral argument, and plaintiff has not shown that she is entitled to an order compelling the third parties to present the documents.

Accordingly, plaintiff's Motion in Ex Parte to Subpoena Witnesses and for Production of

ORDER DENYING EX PARTE MOTION - 1

1  Documents for Oral Argument (Dkt. #28) is DENIED.

3      DATED this 17th day of June, 2005.

                                     */s/ Robert S. Lasnik*
                                     Robert S. Lasnik
                                     United States District Judge

28  ORDER DENYING EX PARTE MOTION - 2