UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SENOJA V. MADISON-HAMIM,

    Plaintiff,

    v.

TIME LIFE LIBRARIES, INC., *et al.*,

    Defendants.

Case No. C04-2418L

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on December 3, 2004. The Court has dismissed the claims against some of the defendants, and to date, service of the summons and complaint has not been made on any of the remaining defendants as required by Fed. R. Civ. P. 4(m). The remaining defendants are Time Life, Time Life Music Books and Video, Patty Morgan, Susan Street, Brock Musgrave, Stephanie Rosenthall, David Birmingham, Robie Sokolowski, Jason Sunderland, Joel Hanson, Floyd Gossett, Santina Pado, Pelletier, Keith Berlin, Lisa Harold, Tracy DuVall, and Cora Sorenson.

Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed as to all remaining defendants. Plaintiff shall file her response no later than ten days

ORDER TO SHOW CAUSE - 1

from the date of this Order.  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Wednesday, July 6, 2005.

DATED this 21st day of June, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2