UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENOJA V. MADISON-HAMIM,<br><br>    Plaintiff,<br><br>  v.<br><br>TIME LIFE LIBRARIES, INC., *et al.*,<br><br>    Defendants. | USCA No. 05-35787<br><br>D.C. No.  CV-04-2418L<br><br>CERTIFICATE REGARDING<br>GOOD FAITH OF APPEAL |

This matter comes before the Court for a determination under 28 U.S.C. § 1915(a)(3) which provides: "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  An appeal that is frivolous or otherwise without merit is not taken in good faith.

It appears that plaintiff is appealing this Court's dismissal of her claims against some defendants for failure to serve, although the record is devoid of any evidence of service and she admits that she never served them.  Plaintiff also appeals the finding that her claims against others of the defendants were barred by *res judicata*; the defendants had been granted summary judgment in another lawsuit in which plaintiff alleged identical claims against them.  Plaintiff's attempts to relitigate the same claims is a waste of judicial resources.  Finally, plaintiff argues that the Court improperly sanctioned her for filing duplicative and harassing complaints and for

CERTIFICATE REGARDING
GOOD FAITH OF APPEAL - 1

1  failing to comply with the civil rules.  Plaintiff makes personal attacks against the defendants
2  and the Court, and threatens litigation against the Court.
3      For all of the foregoing reasons, the Court certifies that plaintiff's appeal is frivolous and
4  not taken in good faith.  Plaintiff should not, therefore, be permitted to proceed on appeal *in*
5  *forma pauperis*.

7      DATED this 14th day of September, 2005.

            *[signature]*
            Robert S. Lasnik
            United States District Judge

CERTIFICATE REGARDING
GOOD FAITH OF APPEAL - 2